TIMOTHY COURCHAINE
United States Attorney
District of Arizona
CHRISTINE A, MELTON
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christine.melton@usdoj.gov
Attorneys for Plaintiff

VICTIM

FILED

2026 SEP 16 PM 1:18

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-04885 TUC-RM(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Pascual Ruiz-Lopez,<br>Defendant. | **INDICTMENT**<br>Violations:<br>**Counts 1:**<br>8 U.S.C. § 1325(a)(1)<br>(Improper Entry by Alien)<br>**Count 2:**<br>18 U.S.C. § 111(a)(1)<br>(Assault on a Federal Officer) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about August 19, 2026, in the District of Arizona, to wit: at or near Nogales, PASCUAL RUIZ-LOPEZ, an alien, entered the United States of America from Mexico at any time or place other than as designated by immigration officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1).

**COUNT TWO**

On or about August 19, 2026, in the District of Arizona, PASCUAL RUIZ-LOPEZ did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent A.P, a person designated under Title 18, United States Code, Section 1114 as a federal officer, while Agent A.P. was engaged in and on account

of the performance of his official duties, by pushing and attempting to punch Agent A.P., in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

*/S/*

FOREPERSON OF THE GRAND JURY
Dated: September 16, 2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/S/*

CHRISTINE A. MELTON
Assistant U.S. Attorney